UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-07503-AB-GJS | Date: | December 8, 2020 |
|---|---|---|---|

| Title: | *Calvin Kwon v. Sunland Shawarma House, Inc., et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER TO SHOW CAUSE RE: DISMISSAL RE: LACK OF PROSECUTION**

The Court has received Plaintiff's responses to the November 20, 2020 Order to Show Cause ("OSC"). However, the Court deems proof of service to be insufficient to dismiss the OSC. Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Generally, a defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a). In the present case, it appears that one or more of these time periods has not been met for Defendant Sunland Shawarma House, Inc. Because the time period for Defendant GEK Capital, LLC's responsive pleading has not passed, the OSC is discharged as to this party only.

Accordingly, the court, on its own motion, orders Plaintiff to show cause in writing within seven (7) days of this order, why this action should not be dismissed for lack of prosecution as it pertains to Defendant Sunland Shawarma House, Inc. Pursuant to Fed. R. Civ. P. 78(b), the court finds that this matter is appropriate for

submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response, or if Plaintiff/Defendant Sunland Shawarma House, Inc. files within seven (7) days of this order:

- Plaintiff's application for entry of default pursuant to Fed. R. Civ. P. 55; or
- An answer by Defendant Sunland Shawarma House, Inc.

The Court will consider either a satisfactory response to the Order to Show Cause. Failure to file a timely response to this Order to Show Cause may result in the action being dismissed for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41.

**IT IS SO ORDERED**.